

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-13-00175-CV

## Trial Court No. 60,671-A

**Guy Sparkman**

**Vs.**

**Microsoft Corporation, SupportSpace, Inc. as agent for Microsoft Corp., Omar Franco, as agent for Microsoft Corp. and Robert Doe, as agent for Microsoft Corp. and Karen Phillips**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $15.00 | Guy Sparkman |
| Reporter's record | $588.00 | Matthew Milam |
| Indigent | $25.00 | Guy Sparkman |
| Supreme Court chapter 51 fee | $50.00 | Guy Sparkman |
| Filing | $100.00 | Guy Sparkman |
| **TOTAL:** | $778.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 28th day of September 2015, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk